UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In The Matter Of: ) | |
| ) | |
| Randy L. Jones ) | Case No. 08-48925-399 |
| Marvis M. Jones ) | |
| ) | |
|    Debtors, ) | Chapter 7 |
| ) | RE: mtn 51 |
| U.S. Bank, N.A., or its Successors and ) | **Hearing Date: December 8, 2009** |
| Assigns ) | **Hearing Time: 9:30 AM** |
|    Movant, ) | |
| ) | |
| ) | **ORDER** |

The Motion for Relief from the Automatic Stay, filed by U.S. Bank, N.A., or its Successors and Assigns called for hearing.

Upon consideration of the pleadings and the record as a whole, the Court finds and concludes that the Movant has a security interest in the following property:

> LOT 37 OF PARC CHATEAU PLAT 1, A SUBDIVISION IN ST. LOUIS COUNTY, MISSOURI, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 121, PAGE 98 OF THE ST. LOUIS COUNTY RECORDS.

The Court further finds and concludes that there is no equity in this property for the benefit of the bankruptcy estate; that Movant has not been afforded adequate protection for its interest and that said property is not necessary for an effective reorganization. It is therefore,

ORDERED, ADJUDGED AND DECREED that the stay provided for by Section 362 of Title 11, United States Code, is terminated to permit the Movant to foreclose its security interest in the herein described property and to pursue its remedies in accordance with the security agreement and state law including obtaining possession of the property after foreclosure.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that relief from the automatic stay is granted to Movant effective immediately and that relief from the automatic stay is not stayed for ten (10) days pursuant to Rule 4001.

IT IS FURTHER ORDERED that all further relief prayed for by Movant is hereby DENIED.

DATED: December 11, 2009  
St. Louis, Missouri  
amw

Barry S. Schermer  
Chief United States Bankruptcy Judge

COPIES TO:  
Vernon D. Singer  
Cynthia M. Woolverton  
Attorneys for Movant  
612 Spirit Drive  
St. Louis, MO 63005

John Charles Caraker  
The Law Office of John Charles Caraker  
Attorney for Debtors  
4542 West Pine Boulevard  
St. Louis, MO 63108  
johncaraker@cbnstl.com

Randy L. Jones  
Marvis M. Jones  
2145 Pyrenees Drive  
St. Louis, MO 63033

John LaBarge, Jr.  
The Law Office of John LaBarge, Jr.  
Chapter 7 Trustee  
15 Sunnen Drive Suite 115  
St. Louis, MO 63143

Office of the U.S. Trustee  
Thomas F. Eagleton U.S. Courthouse  
111 South 10th St., Suite 6353  
St. Louis, MO 63102